No. 1017.  R. H. Clemmer, Attorney in fact, etc., et al., v. Arthur L. Ross et al.  June 9, 1924.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted.  *Mr. H. H. Rumble* for petitioners.  *Mr. R. Randolph Hicks* and *Mr. Arthur Leonard Ross* for respondents.

---

No. 1029.  Guardian Savings & Trust Company, Trustee, v. Road Improvement District No. 7 of Poinsett County, Arkansas.  June 9, 1924.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted.  *Mr. G. B. Rose, Mr. D. H. Cantrell, Mr. J. F. Loughborough* and *Mr. A. D. Dobyns* for petitioner.  *Mr. Henry D. Ashley* for respondent.

---

No. 1008.  Great Northern Railway Company v. Charles W. Reed et al.  June 9, 1924.  Petition for a writ of certiorari to the Supreme Court of the State of Washington granted.  *Mr. F. G. Dorety* for petitioner. No appearance for respondents.

---

No. 1012.  Charles Sherwin et al. v. United States. June 9, 1924.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted.  *Mr. W. B. Scott* for petitioners.  No brief filed for the United States.

---

No. 1033.  United States v. New York & Cuba Mail Steamship Company.  June 9, 1924.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted.  *Mr. Solicitor General Beck, Mr. Assistant Attorney General Davis, Mr. Alfred A. Wheat* and *Mr. Harry S. Ridgely* for the United States.  *Mr. John Tilney Carpenter* for respondent.